**EXHIBIT "A"**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | **CHAPTER 11** |
|  | : |  |
| **UNBREAKABLE NATION CO.** | : | **BANKRUPTCY NO. 09-10131-jkf** |
|  | : |  |
| Debtor | : |  |
|  | : |  |

## <u>VERIFIED STATEMENT</u>

In accordance with Bankruptcy Rule 2014, I, Gretchen M. Santamour, hereby state as follows:

1.      I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania and in this Court.

2.      I am a partner in the law firm of WolfBlock LLP (**"WolfBlock"**), 1650 Arch Street, 22nd Floor, Philadelphia, Pennsylvania 19103.

3.      I submit this Verified Statement in connection with the application dated February 27, 2009 (the **"Application"**) of Unbreakable Nation Company (**"Debtor"**), for authority to employ WolfBlock LLP as Debtor's attorneys in the above-captioned Chapter 11 cases at its usual hourly rates in effect from time to time and in accordance with their usual expense reimbursement policies, consistent with Sections 328(c), 329 and 504 of Title 11 of the United States Code and to provide disclosure required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure.

4.     The current hourly rates charged by WolfBlock for its professionals and paraprofessionals are as follows:

| Billing Category | Range |
|---|---|
| Partners | $305.00 to $700.00 |
| Associates | $250.00 to $495.00 |
| Legal Associates | $80.00 to $250.00 |

5.     Except as set forth herein, to the best of my knowledge, information and belief, neither I nor any partner, member, counsel or associate of my firm, have any connection with the Debtor, creditors or any other party in interest, their respective attorneys or accountants or represents, any party interest or other entity other than the Debtor in connection with its Chapter 11 case. WolfBlock is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b).

6.     WolfBlock represents Robert A. Vito, Debtor's principal, Lisa Vito and VI Capital, as appellees in an appeal recently filed in the District Court for the Eastern District of Pennsylvania (no docket number has been assigned to date). The appeal was taken by a debtor, StingFree Technologies Company, to an order entered by Judge Fox, in *In re StingFree Technologies Company*, Case No. 08-16232 granting the Motion of Robert and Lisa Vito and VI Capital to Dismiss StingFree Technologies case. Mr. Vito and VI Capital are creditors of the Debtor. However, no conflict arises as a result of WolfBlock's representation of Mr. Vito and VI Capital in connection with the appeal. WolfBlock does not and will not represent Mr. Vito and VI Capital in this bankruptcy case. Based upon information available to me presently, the Debtor does not have a claim or cause of action against Mr. Vito or VI Capital. Mr. Vito and VI Capital have waived any conflict that would arise in the event the Debtor later determines that it

PHL:5979696.1/1-102002

has a preference, fraudulent conveyance or other claim adverse to Mr. Vito or VI Capital and

WolfBlock as Debtor's counsel shall be permitted to represent the Debtor against Mr. Vito and

VI Capital in pursuit of such claims or causes of action. A copy of such waiver is attached

hereto as **Schedule 1**.

7.    WolfBlock does not represent any interest adverse to the estate in the matters

upon which WolfBlock is to be engaged, nor will it represent any other entity in connection with

this case.

8.    According to Debtor's records, Wachovia Bank (now known as Wells Fargo)

(**"Wachovia"**) is a creditor and WolfBlock regularly represents Wachovia in various matters.

There appears to be no circumstances under which the Debtor will need to bring action adverse

to Wachovia.

9.    According to Debtor's records, Advanta Bank (**"Advanta"**) is a creditor and

WolfBlock regularly represents Advanta in various matters. There appears to be no

circumstances under which the Debtor will need to bring action adverse to Advanta.

10.    WolfBlock does not now know of any causes of action which the Debtor may

have against any of WolfBlock's current clients. Should any such cause of action exist,

WolfBlock will ask the Debtor to have the investigation and prosecution of such cause of action

assigned to special counsel.

11.    I declare under the penalty of perjury that the foregoing is true and correct.

_____
GRETCHEN M. SANTAMOUR

Dated: February 27, 2009

-3-

PHL:5979696.1/1-102002